# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITNEY R. LEEMAN, PH.D., | Case No.  3:13-cv-01662-MMC |
| Plaintiff, | |
| v. | **[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |
| MCCORMICK & COMPANY, INC.; and DOES 1-150, inclusive, | |
| Defendants. | |

Upon consideration of the Stipulation to Remand Action to State Court filed by Defendant McCormick & Company, Inc., it is hereby ORDERED that this action be remanded forthwith to the San Francisco County Superior Court.

Dated: _____April 23, 2013_____

_____
Hon. Maxine M. Chesney
United States District Judge